IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

|  |  |
|---|---|
| VERMONT ALLIANCE<br>FOR ETHICAL HEALTHCARE, INC.;<br>CHRISTIAN MEDICAL & DENTAL<br>ASSOCIATIONS, INC.,<br><br>       Plaintiffs,<br><br>       v.<br><br>WILLIAM K. HOSER, in his official capacity as Chair of the Vermont Board of Medical Practice; MICHAEL A. DREW, M.D., ALLEN EVANS, FAISAL GILL, ROBERT G. HAYWARD, M.D., PATRICIA HUNTER, DAVID A. JENKINS, RICHARD CLATTENBURG, M.D., LEO LECOURS, SARAH MCCLAIN, CHRISTINE PAYNE, M.D., JOSHUA A. PLAVIN, M.D., HARVEY S. REICH, M.D., GARY BRENT BURGEE, M.D., MARGA S. SPROUL, M.D., RICHARD BERNSTEIN, M.D., DAVID LIEBOW, D.P.M., in their official capacities as Members of the Vermont Board of Medical Practice; JAMES C. CONDOS, in his official capacity as Secretary of State of Vermont; and COLIN R. BENJAMIN, in his official Capacity as Director of the Office of Professional Regulation,<br><br>       Defendants. | Case No.: 5:16-cv-205 |

## NOTICE OF APPEAL

Notice is hereby given that Monica van de Ven, Benedict Underhill, Compassion & Choices, and Patient Choices Vermont, defendants in the above named case hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on April 5, 2017.

Respectfully submitted:

Monica van de Ven, Benedict Underhill,
Compassion & Choices, Patient Choices Vermont,

By their attorneys,


*/s/ Ronald Shems*
Ronald Shems
Diamond & Robinson, P.C.
P.O. Box 1460
15 East Street
Montpelier, Vermont 05601-1460
Telephone: (802) 223-6166
Email: ras@diamond-robinson.com


*/s/ David B. Bassett*
David B. Bassett
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 937-7518
Email: david.bassett@wilmerhale.com
Motion for admission *pro hac vice* filed


*/s/ Kevin Díaz*
Kevin Díaz
Compassion & Choices
4224 Northeast Halsey Street
Suite 335
Telephone: (503) 943-6532
Email: kdiaz@compassionandchoices.org
Motion for admission *pro hac vice* filed

Dated: May 5, 2017

# CERTIFICATE OF SERVICE

On behalf of Monica van de Ven, Benedict Underhill, Compassion & Choices, and Patient Choices Vermont, I hereby certify that on this 5th day of May, 2017, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to and serve the following NEF parties:

Bridget Asay
BAsay@atg.state.vt.us

Benjamin Battles
Benjamin.battles@vermont.gov

Michael Tierney
mtierney@wadleighlaw.com

Kevin Theriot
ktheriot@ADFlegal.org

Matthew S. Bowman
mbown@adflegal.org

Steven Aden
saden@ADFlegal.org

*/s/ Ronald Shems*
Ronald Shems

Dated: May 5, 2017